A. C. Marshall, et al., Appellants, v. W. H. Dowling as Sheriff of Duval County, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Duval.

Appeal dismissed on motion of counsel for Appellants.

*Kay, Adams & Ragland,* for Appellants;

*Odom, Crawford & Butler,* for Appellees.